

Stanford N Klinger, Attorney At Law
**Of Counsel to Forrest B. Johnson & Associates**
1031 Juniper Street, N.E. Atlanta, Georgia 30309
Direct Line (404)892-1212 • Fax (888) 298-0458
Email stanklinger@gmail.com

May 11, 2016

ATTN: Harry Martin, Courtroom Deputy to the Honorable William S. Duffey, Jr.
1721 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303-3309
Harry_Martin@gand.uscourts.gov
From: Stanford N. Klinger, Esq.

Re: *Flatau et al. v. Columbia Casualty Company*

Civil Action File No: 1:16-CV-01290-WSD

Petition for Leave of Absence for Stanford N. Klinger

Dates: June 2, 2016 – June 6, 2016

Pursuant to LR 83.1 E (3) Stanford N. Klinger seeks a leave of absence of less than twenty-one (21) days and submits this letter to the District Judge's Courtroom Deputy, requesting that the above-styled case not be calendared during the period of June 2, 2016 – June 6, 2016.

The undersigned will be out of the State in order to travel with his family to attend his son's college orientation. Consistent with Paragraph 5 of Judge Duffey's

" A Commitment to Excellence "

1745 MLK. JR. DR. N.W. | ATLANTA, GA 30314 | TELEPHONE: 404.758.9111 | TOLL FREE: 800.632.6026 | FACSIMILE: 888.298.0458
201 SPRING STREET | MACON, GA 31201 | TELEPHONE: 478.257.6266
FORRESTJOHNSON@FBJLAW.COM    WWW.FBJLAW.COM

Standing Order, the request has been electronically filed on the docket for the Court's review. At the Court's direction, a copy has not been sent to chambers

Respectfully submitted,

*s/ STANFORD N. KLINGER, ESQ.*
Counsel for Plaintiffs
Georgia Bar No. 425191


cc: Counsel of Record via electronic service