# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM FLATAU AS TRUSTEE OF THE ESTATE OF DR. DENNIS DOHERTY AND DR. DENNIS DOHERTY, <br><br> Plaintiffs, <br><br> v. <br><br> COLUMBIA CASUALTY COMPANY, <br><br> Defendant. | CIVIL ACTION <br><br> FILE NO. 1:16-CV-01290-WSD |

## NOTICE REGARDING ISSUANCE OF
## GEORGIA SUPREME COURT'S ORDER

On June 23, 2016, the Court granted Defendant Columbia Casualty Company's ("Defendant") Motion to Stay [5] this action. ([14]). The Court stayed this matter until <u>Brown v. Southeastern Pain Specialists, P.C., et al.</u>, No. 10EV010621J (State Ct. Fulton Cty., Ga.) ("Underlying Action"), reached a final resolution in the Georgia Court of Appeals. The Court directed the parties "to notify the Court within five (5) days of the Court of Appeals' issuance of an order" in the Underlying Action. ([14]).

On November 30, 2016, the Parties filed a joint Notice Regarding Issuance of Court of Appeals' Order [15] ("Notice"). The Parties notified the Court that the Georgia Court of Appeals affirmed the final judgment in the Underlying Action and that "three of the defendants in the Underlying Action . . . [intended] to apply to the Georgia Supreme Court for a writ of certiorari." (Notice at 1). On May 31, 2017, the Parties notified the Court that the Georgia Supreme Court granted defendants' petitions for a writ of certiorari and placed the Underlying Action on the September 2017 oral argument calendar.

On June 1, 2017, this Court entered an Order directing the Clerk of Court to Administratively Close this action. Pursuant to this Order, the Parties were directed to notify the Court once the Georgia Supreme Court issued a decision regarding Southeastern Pain Ambulatory Surgery Center, LLC v. Brown et al., No. S17C0737 (Ga.). ([16]). The Honorable William S. Duffey, Jr. informed the Parties that during the period that the case remains Administrative Closed, the Court retains jurisdiction with the intent that it will be reopened upon the request of the parties after the Supreme Court of Georgia had issued its decision.

Pursuant to the Court's Order dated June 1, 2017, Plaintiffs' Counsel attempted to work with Defense Counsel in an effort to again present a joint notice to the Court. Plaintiffs' Counsel communicated with Defense Counsel in March,

April and June and transmitted a proposed joint notice on several occasions. Having received no response to the proposed joint notice, Plaintiffs hereby notify the Court that the Georgia Supreme Court reversed the ruling of the Court of Appeals and directed that the case be retried. The Georgia Supreme Court issued its Order on March 5, 2018. A copy of the Court's Order is attached. Consistent with the Georgia Supreme Court's directive, the underlying case is specially set to be re-tried in the State Court of Fulton County before the Honorable Diane E. Bessen on January 14, 2019.

This action involves claims of an insurer's failure and refusal to settle a claim pre-suit, resulting in its insureds being sued and now embroiled in litigation in the Underlying Action for eight (8) years. Consequently, once the case is re-tried, no matter the outcome, there will remain valid claims to be resolved in this bad faith action. A verdict in the Underlying Action adverse to the Plaintiffs/Insureds in this case, will result in additional damages. For this reason, administrative closure will continue to allow the Court to retain jurisdiction over the case with the ability to re-open it after the matter is re-tried.

In light of the fact that the Underlying Action has been remanded for a re-trial in the State Court of Fulton County on January 14, 2019, the Plaintiffs believe that the interests of judicial economy and Court's desire to manage its docket

would best be served by having the Clerk of Court to continue to maintain this action as Administratively Closed until further directed by the Court. The Court will retain jurisdiction and Plaintiffs will promptly notify the Court once the trial jury has rendered a verdict in the Underlying Action and the trial court has entered a judgement thereon.

Dated: July 16, 2018

Respectfully submitted,

/s/ Stanford N. Klinger
Stanford N. Klinger
Ga. Bar No. 425191
OF COUNSEL TO FORREST B. JOHNSON & ASSOCIATES
1031 Juniper Street
Atlanta, Georgia 30309
(404) 758-9111 (Main)
(404)892-1212 (Direct)
(888)298-0458 (Facsimile)
stanklinger@gmail.com
*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, the foregoing Notice Regarding Issuance of Court of Appeals' Order was filed electronically with the Court. Notice of the filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt.

                                 /s/ Stanford N. Klinger
                                 Stanford N. Klinger
                                 Ga. Bar No. 425191